Entered: October 27, 2025
Signed: October 27, 2025

**SO ORDERED**

NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Baltimore

---

**In re: Case No.: 25−15335 − NVA Chapter: 7**

In Re: Debtor (names used by the debtor in the last 8 years, including married, maiden, trade, and address):

Mathew McNeal Smith
10691 Campus Way S
Upper Marlboro, MD 20774

Social Security No.: xxx−xx−2640

Employer's Tax I.D. No.:

---

## FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above−named debtor on 6/11/25.

The estate of the above−named debtor has been fully administered.

ORDERED, that Morgan W. Fisher is discharged as trustee of the estate of the above−named debtor; and the Chapter 7 case of the above named debtor is closed.

**End of Order**

**fnldec − *LaurieArter***