United States Bankruptcy Court
District of Maryland

In re: Mathew McNeal Smith, Debtor

Case No. 25-15335-NVA
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0416-1 | User: admin | Page 1 of 2
Date Rcvd: Oct 27, 2025 | Form ID: 318 | Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mathew McNeal Smith, 10691 Campus Way S, Upper Marlboro, MD 20774-1311 |
| 32877169 | + | Habitat For Humanity of Chesapeake, c/o Hofmeister Robinson & DiPietro, Executive Plaza. II, 11350 McCormick Rd, Hunt Valley, MD 21031-1002 |
| 32877168 | + | Habitat For Humanity of Chesapeake, 3741 Commerce Drive, Halethorpe, MD 21227-1664 |
| 32877174 | + | MF BLUE VALLEY APARTMENTS LLC, 900 19TH ST NW 8TH FL, Washington, DC 20006-2105 |
| 32877173 | + | Maryland Department of Housing & Communicty D, 417 E Fayette Street, Suite 1125, Baltimore, MD 21202-4867 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 32877164 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Oct 27 2025 19:17:00 | Comptroller of Maryland, Compliance Division, Room 409, 301 W. Preston St., Baltimore, MD 21201 |
| 32877165 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Oct 27 2025 19:17:00 | Comptroller of Maryland, Revenue Administration Division, 110 Carroll Street, Annapolis, MD 21411-0001 |
| 32877161 | + | EDI: CAPITALONE.COM | Oct 27 2025 23:08:00 | Capital One, 11013 W Broad St, Glen Allen, VA 23060-6017 |
| 32877162 | + | Email/Text: bankruptcy@cavps.com | Oct 27 2025 19:17:00 | Cavalry Portfolio Serv, 4050 E Cotton Center Blv, Phoenix, AZ 85040-8862 |
| 32899006 | + | Email/Text: bankruptcy@cavps.com | Oct 27 2025 19:17:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 32877163 | + | Email/Text: Bankruptcy_group@baltimorecity.gov | Oct 27 2025 19:17:00 | City of Baltimore, Department of Finance, 200 Holliday Street, Baltimore, MD 21202-3613 |
| 32877166 | + | EDI: MAXMSAIDV | Oct 27 2025 23:08:00 | Dept Of Ed/Aidvantage, 1891 Metro Center Dr, Reston, VA 20190-5287 |
| 32877167 | | Email/Text: consumers@fcsbpo.com | Oct 27 2025 19:17:00 | First Credit Services, 9 Wills Way, Piscataway, NJ 08854 |
| 32877171 | | EDI: IRS.COM | Oct 27 2025 23:08:00 | Internal Revenue Service, Centralized Insolvency, 31 Hopkins Place, Room 1150, Baltimore, MD 21201 |
| 32921544 | | EDI: JEFFERSONCAP.COM | Oct 27 2025 23:08:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 32877172 | + | Email/Text: support@ljross.com | Oct 27 2025 19:17:00 | L J Ross Associates In, Po Box 1838, Ann Arbor, MI 48106-1838 |
| 32917691 | + | EDI: NFCU.COM | Oct 27 2025 23:08:00 | NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRIFIELD, VA 22119-3000 |
| 32877176 | + | EDI: NFCU.COM | Oct 27 2025 23:08:00 | Navy Fcu, 820 Follin Lane, Vienna, VA 22180-4907 |
| 32877175 | | EDI: NFCU.COM | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 27 2025 23:08:00 | Navy Fcu, 1 Security Place, Merrifield, VA 22116 |
| 32877177 | + | Email/Text: bnc@nordstrom.com | Oct 27 2025 19:17:09 | Nordstrom/Td Bank Usa, 13531 E Caley Ave, Englewood, CO 80111-6504 |
| 32877178 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 27 2025 19:16:33 | Openskybnk, 10700 Parkridge Blvd, Ste 180, Reston, VA 20191-5429 |
| 32926120 | + | EDI: AIS.COM | Oct 27 2025 23:08:00 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 32877179 | | EDI: VERIZONCOMB.COM | Oct 27 2025 23:08:00 | Verizon Wireless, One Alpharetta Place, Alpharetta, GA 30004 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 32877170 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2025 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alon Nager | alon@nagerlaw.com 1503@notices.nextchapterbk.com,ecf@nagerlaw.com,brittany@nagerlaw.com,alon.nager@frosttaxlaw.com,brittany.janney@frosttaxlaw.com,daniel.staeven@frosttaxlaw.com,uriel.stern@frosttaxlaw.com,UStern@jubileebk.net |
| Morgan W. Fisher | trustee@morganfisherlaw.com MD65@ecfcbis.com,fisher@premierremote.com |

TOTAL: 2

Entered: October 27, 2025
Signed: October 27, 2025

**SO ORDERED**

NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

**Information to identify the case:**

Debtor 1 **Mathew McNeal Smith**
First Name Middle Name Last Name

Social Security number or ITIN **xxx–xx–2640**
EIN _ _–_ _ _ _ _ _ _

Debtor 2
(Spouse, if filing)
First Name Middle Name Last Name

Social Security number or ITIN _ _ _ _
EIN _ _–_ _ _ _ _ _ _

United States Bankruptcy Court **District of Maryland**

Case number: **25–15335 NVA** **Chapter: 7**

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:
Mathew McNeal Smith

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**